United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN PENDRAK, et al.,

    Plaintiffs,

  v.

SERVICEAIDE, INC.,

    Defendant.

Case No.  25-cv-04295-EKL

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to *Wolf v. Serviceaide, Inc.*, 25-cv-4251-PCP.

  **IT IS SO ORDERED.**

Dated:  May 29, 2025

_____
EUMI K. LEE
United States District Judge